Final Claim Register
In re TNT Crane Rigging, Inc.
Case No. 20-11982

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Mississippi Department of Revenue<br>Bankruptcy Section<br>P.O. Box 22808<br>Jackson, MS 39225-2808 | 1 | 9/10/2020 | TNT Crane & Rigging, Inc. | | $0.00 | | | | $0.00 |
| AMAROK LLC<br>PO BOX 7847<br>Columbia , SC 29202 | 2 | 9/15/2020 | TNT Crane & Rigging, Inc. | $16,023.93 | $1,321.97 | | | | $17,345.90 |
| Atmos Energy Corporation<br>Attn: Bankruptcy Group<br>PO Box 650205<br>Dallas , TX 75265-0205 | 3 | 9/15/2020 | TNT Crane & Rigging, Inc. | $92.54 | | | | | $92.54 |
| Kaufman County<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX 75207 | 4 | 9/15/2020 | TNT Crane & Rigging, Inc. | | | $881.37 | | | $881.37 |
| Tarrant County<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX 75207 | 5 | 9/15/2020 | TNT Crane & Rigging, Inc. | | | $69,091.67 | | | $69,091.67 |
| Euler Hermes Agent for STS Operating Inc<br>Euler Hermes N A<br>800 Red Brook Blvd<br>Owings Mills, MD 21117 | 6 | 9/22/2020 | TNT Crane & Rigging, Inc. | $1,973.08 | | | | | $1,973.08 |
| Ford, Dennis<br>2372 Calder<br>Beaumont, TX 77702 | 7 | 9/22/2020 | TNT Crane & Rigging, Inc. | $250,000.00 | | | | | $250,000.00 |
| Harrison Central Appraisal District, collecting property taxes for Marshall Independent School Distr<br>Tara Leday<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | 8 | 9/2/2020 | TNT Crane & Rigging, Inc. | | | $77,607.74 | | | $77,607.74 |
| Brenntag Lubricants Central<br>PO Box 201978<br>Attn: Myka Hartwell<br>Dallas, TX 75320-1978 | 9 | 8/27/2020 | TNT Crane & Rigging, Inc. | $80,501.90 | | | $59,298.48 | | $139,800.38 |
| Accounting Principals<br>Lisa Werner<br>10151 Deerwood Park Blvd<br>Jacksonville, FL 32256 | 10 | 9/10/2020 | TNT Crane & Rigging, Inc. | $27,438.34 | | | | | $27,438.34 |
| The County of Guadalupe, Texas, collecting property taxes for Schertz-Cibolo-Universal City Independ<br>Tara LeDay<br>McCreary, Veselka, Bragg & Allen, P.C.<br>PO Box 1269<br>Round Rock, Texas 78680-3200 | 11 | 9/2/2020 | TNT Crane & Rigging, Inc. | | | $87,230.36 | | | $87,230.36 |

Final Claim Register
In re TNT Crane Rigging, Inc.
Case No. 20-11982

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Midland Central Appraisal District, collecting property taxes for Midland Independent School Distric<br>Tara LeDay<br>McCreary, Veselka, Bragg & Allen, P.C.<br>PO Box 1269<br>Round Rock, TX 78680-1269 | 12 | 9/2/2020 | TNT Crane & Rigging, Inc. | | | $62,623.62 | | | $62,623.62 |
| Gray County<br>D'Layne Carter<br>P.O. Box 9132<br>Amarillo, TX 79105-9132 | 13 | 9/2/2020 | TNT Crane & Rigging, Inc. | | | $25,896.89 | | | $25,896.89 |
| Staples Business Advantage<br>Staples/Tom Riggleman<br>7 Technology Circle<br>Columbia, SC 29203 | 14 | 9/2/2020 | TNT Crane & Rigging, Inc. | $1,883.55 | | | | | $1,883.55 |
| Bexar County<br>Linebarger Goggan Blair & Sampson, LLP<br>112 E. Pecan Street, Suite 2200<br>San Antonio, TX 78205 | 15 | 9/2/2020 | TNT Crane & Rigging, Inc. | | | $49,440.02 | | | $49,440.02 |
| The County of Harrison, Texas, collecting property taxes for itself and for EMS#4<br>Tara LeDay<br>McCreary, Veselka, Bragg & Allen, P.C.<br>PO Box 1269<br>Round Rock, Texas 78680-1269 | 16 | 9/2/2020 | TNT Crane & Rigging, Inc. | | | $28,012.76 | | | $28,012.76 |
| Quill<br>Quill/Tom Riggleman<br>7 Technology Circle<br>Columbia, SC 29203 | 17 | 9/2/2020 | Southway Crane & Rigging, LLC | $693.75 | | | | | $693.75 |
| Midland County<br>Laura J. Monroe<br>P.O. Box 817<br>Lubbock, TX 79408 | 18 | 9/3/2020 | TNT Crane & Rigging, Inc. | | | $6,154.89 | | | $6,154.89 |
| Sunbelt Rentals<br>1275 W Mound St<br>Columbus, OH 43223 | 19 | 9/8/2020 | TNT Crane & Rigging, Inc. | $9,283.65 | | | | | $9,283.65 |
| Escambia County Tax Collector<br>Sarah S. Walton<br>25 West Cedar Street, Suite 550<br>Pensacola, FL 32502 | 20 | 9/8/2020 | Southway Crane & Rigging, LLC | | | $11,743.74 | | $0.00 | $11,743.74 |
| Department of Treasury - Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | 21 | 9/14/2020 | Southway Crane & Rigging, LLC | | $264,440.54 | | | | $264,440.54 |
| Department of Treasury - Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | 22 | 9/14/2020 | Southway Crane & Rigging Columbia, LLC | | $75,703.82 | | | | $75,703.82 |
| Uline, Inc<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158 | 23 | 9/16/2020 | TNT Crane & Rigging, Inc. | $802.62 | | | | | $802.62 |

Final Claim Register
In re TNT Crane Rigging, Inc.
Case No. 20-11982

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| FULTON COUNTY TAX COMMISSIONER<br>141 PRYOR ST STE 1106<br>ATLANTA, GA 30303 | 24 | 9/16/2020 | TNT Crane & Rigging, Inc. | | $2,021.67 | | | | $2,021.67 |
| Zurich American Insurance<br>PO Box 68549<br>Schaumburg, IL 60196 | 25 | 9/21/2020 | TNT Crane & Rigging, Inc. | $7,941.08 | | | | | $7,941.08 |
| New-Line Products Ltd<br>9415 189th St<br>Surrey, BC V4N 5L8<br>Canada | 26 | 9/21/2020 | TNT Crane & Rigging, Inc. | $1,422.50 | | | | | $1,422.50 |
| Nueces County<br>Diane W. Sanders<br>P.O. Box 17428<br>Austin, TX 78760 | 27 | 9/21/2020 | TNT Crane & Rigging, Inc. | | | $314,821.69 | | | $314,821.69 |
| Hidalgo County<br>Diane W. Sanders<br>P.O. Box 17428<br>Austin, TX 78760 | 28 | 9/21/2020 | TNT Crane & Rigging, Inc. | | | $47,043.20 | | | $47,043.20 |
| Louisiana Department of Revenue<br>PO Box 66658<br>Baton Rouge, LA 70896 | 29 | 9/23/2020 | TNT Crane & Rigging, Inc. | | $93,547.94 | | | | $93,547.94 |
| Louisiana Department of Revenue<br>P O Box 66658<br>Baton Rouge, LA 70896 | 30 | 9/23/2020 | Southway Crane & Rigging, LLC | | $500.00 | | | | $500.00 |
| Entergy Louisiana LLC<br>L-JEF-359<br>4809 Jefferson Hwy Ste A<br>New Orleans, LA 70121-3138 | 31 | 9/25/2020 | TNT Crane & Rigging, Inc. | $1,015.77 | | | | | $1,015.77 |
| Entergy Texas Inc<br>L-JEF-359<br>4809 Jefferson Hwy Ste A<br>New Orleans, LA 70121-3138 | 32 | 9/25/2020 | TNT Crane & Rigging, Inc. | $1,766.44 | | | | | $1,766.44 |
| Infinite Energy, Inc<br>c/o Legal Dept<br>7001 SW 24th Ave<br>Gainesville, FL 32607 | 33 | 10/8/2020 | TNT Crane & Rigging, Inc. | $106.75 | | | | | $106.75 |
| Littler Mendelson, P.C.<br>Nicole Martin<br>333 Bush Street, 34th Floor<br>San Francisco, CA 94104 | 34 | 9/30/2020 | TNT Crane & Rigging, Inc. | $193,677.80 | | | | | $193,677.80 |
| Wells Fargo Vendor Financial Services, LLC.<br>Attn: Michelle Schulten<br>1010 Thomas Edison Blvd. SW<br>Cedar Rapids, IA 52404 | 35 | 9/30/2020 | Southway Crane & Rigging, LLC | $7,952.73 | | | | | $7,952.73 |

Final Claim Register
In re TNT Crane Rigging, Inc.
Case No. 20-11982

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| CenturyLink Communications, LLC (f/k/a Qwest Communications Company, LLC)<br>Bankruptcy<br>Attn: Legal-BKY<br>1025 El Dorado Blvd<br>Broomfield, CO 80021 | 36 | 10/1/2020 | TNT Crane & Rigging, Inc. | $6,993.70 | | | | | $6,993.70 |
| United Telephone Company of Texas, Inc dba CenturyLink<br>Bankruptcy<br>Attn: Legal-BKY<br>1025 El Dorado Blvd<br>Broomfield, CO 80021 | 37 | 10/1/2020 | TNT Crane & Rigging, Inc. | $907.24 | | | | | $907.24 |
| Southwestern Public Service Co, a New Mexico Corp, dba Xcel Energy<br>Attn: Bankruptcy Department<br>PO Box 9477<br>Minneapolis, MN 55484 | 38 | 9/28/2020 | TNT Crane & Rigging, Inc. | $381.63 | | | | | $381.63 |
| Littler Mendelson, P.C.<br>Nicole Martin<br>333 Bush Street, 34th Floor<br>San Francisco, CA 94104 | 39 | 9/30/2020 | Southway Crane & Rigging, LLC | $36,278.14 | | | | | $36,278.14 |
| Jefferson County<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | 40 | 10/8/2020 | TNT Crane & Rigging, Inc. | | | $72,131.98 | | | $72,131.98 |
| Gadsden County Tax Collector<br>P.O. Box 817<br>Quincy, FL 32353-0817 | 41 | 10/8/2020 | Southway Crane & Rigging, LLC | | $9,618.20 | | | | $9,618.20 |
| Forrest "Butch" Freeman, Oklahoma County Treasurer<br>320 Robert S. Kerr, Rm 307<br>Oklahoma City, OK 73102 | 42 | 10/6/2020 | TNT Crane & Rigging, Inc. | | $0.00 | $7,047.76 | | | $7,047.76 |
| Harris County, Et Al<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | 43 | 10/8/2020 | TNT Crane & Rigging, Inc. | | | $414,337.72 | | | $414,337.72 |
| Forrest "Butch" Freeman, Oklahoma County Treasurer<br>320 Robert S. Kerr, Rm 307<br>Oklahoma City, OK 73102 | 44 | 10/9/2020 | TNT Crane & Rigging, Inc. | | $0.00 | $7,047.76 | | | $7,047.76 |
| O'Reilly Automotive Stores Inc<br>PO Box 1156<br>Springfield, MO 65801 | 45 | 10/5/2020 | TNT Crane & Rigging, Inc. | $2,142.42 | | | | | $2,142.42 |
| Bates, Donald<br>Bailey & Galyen<br>Jamie J. Gilmore<br>1300 Summit Avenue, Suite 650<br>Fort Worth, TX 76102 | 46 | 10/15/2020 | TNT Crane & Rigging, Inc. | $600,000.00 | $150,000.00 | | | | $750,000.00 |
| CPS Energy<br>Bankruptcy Section<br>500 McCullough Ave., Mail Drop CT1201<br>San Antonio, TX 78215 | 47 | 10/15/2020 | TNT Crane & Rigging, Inc. | $1,324.41 | | | | | $1,324.41 |

Final Claim Register
In re TNT Crane Rigging, Inc.
Case No. 20-11982

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Louisiana Department of Revenue<br>Simpson Thacher & Bartlett LLP<br>Ashley M Gherlone<br>Attorney at Law<br>425 Lexington Ave.<br>New York, NY 10017 | 48 | 10/15/2020 | Southway Crane & Rigging, LLC | | $500.00 | | | | $500.00 |
| Louisiana Department of Revenue<br>Simpson Thacher & Bartlett LLP<br>Ashley M Gherlone, Attorney at Law<br>425 Lexington Ave.<br>New York, NY 10017 | 49 | 10/15/2020 | TNT Crane & Rigging, Inc. | | $93,547.94 | | | | $93,547.94 |
| Tadano America Corporation<br>ATTN: General Counsel<br>4242 West Greens Rd.<br>Houston, TX 77066 | 50 | 10/19/2020 | TNT Crane & Rigging, Inc. | $121,327.00 | | | | | $121,327.00 |
| Brazoria County and (see the attached list of other creditors<br>on statement, all being collected by B<br>Michael J. Darlow<br>1235 North Loop West, Suite 600<br>Houston, TX 77008 | 51 | 10/22/2020 | TNT Crane & Rigging, Inc. | | | $82,444.61 | | | $82,444.61 |
| Occupational Safety and Health Administration<br>Christopher D. Lopez-Loftis, Trial Attorney<br>U.S. Department of Labor, Office of the Solicitor<br>525 S. Griffin St., Suite 501<br>Dallas, TX 75201 | 52 | 11/2/2020 | TNT Crane & Rigging, Inc. | $12,675.00 | | | | | $12,675.00 |
| Fastenal Company<br>Attn: Legal Department<br>2001 Theurer Blvd<br>PO Box 978<br>Winona, MN 55987 | 53 | 11/6/2020 | TNT Crane & Rigging, Inc. | $389.00 | | | | | $389.00 |
| Arkansas Department of Finance and Administration<br>Revenue Legal Counsel<br>PO Box 1272<br>Little Rock, AR 72203 | 54 | 11/10/2020 | TNT Crane & Rigging, Inc. | $112.00 | $48.00 | | | | $160.00 |
| Wisconsin Department of Revenue<br>Special Procedures Unit<br>PO Box 8901<br>Madison, WI 53708-8901 | 55 | 11/12/2020 | FR TNT Holdings II Corp | $560.00 | $5,315.66 | | | | $5,875.66 |
| Primo Water North America<br>6750 Discovery Blvd<br>Mableton, GA 30126 | 56 | 11/16/2020 | TNT Crane & Rigging, Inc. | $1,378.71 | | | | | $1,378.71 |
| Airgas USA, LLC<br>110 West 7th Street, Suite 1300<br>Tulsa, OK 74119 | 57 | 11/17/2020 | TNT Crane & Rigging, Inc. | $2,082.55 | | | | | $2,082.55 |
| Airgas USA, LLC<br>110 West 7th Street, Suite 1300<br>Tulsa, OK 74119 | 58 | 11/17/2020 | TNT Crane & Rigging, Inc. | $242.56 | | | | | $242.56 |

Final Claim Register
In re TNT Crane Rigging, Inc.
Case No. 20-11982

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Occupational Safety and Health Administration<br>Christopher D. Lopez-Loftis, Trial Attorney<br>U.S. Department of Labor, Office of the Solicitor<br>525 S. Griffin St., Suite 501<br>Dallas, TX 75201 | 59 | 11/23/2020 | TNT Crane & Rigging, Inc. | $24,942.00 | | | | | $24,942.00 |
| Midland County<br>Laura J. Monroe<br>P.O. Box 817<br>Lubbock, TX 79408 | 60 | 11/27/2020 | TNT Crane & Rigging, Inc. | | | $9,340.31 | | | $9,340.31 |
| Michigan Department of Treasury<br>Katherine C Kerwin<br>3030 W Grand Blvd, Ste 10-200<br>Detroit, MI 48202 | 61 | 12/7/2020 | TNT Crane & Rigging, Inc. | $69,321.90 | $326,188.84 | | | | $395,510.74 |
| Praxair Distribution, Inc<br>BARR Credit Service<br>4555 S Palo Verde, Ste 125<br>Tucson, AZ 85714 | 62 | 12/8/2020 | TNT Crane & Rigging, Inc. | $3,737.51 | | | | | $3,737.51 |
| City of Fort Worth<br>200 Texas St<br>Fort Worth, TX 76102 | 63 | 12/9/2020 | TNT Crane & Rigging, Inc. | $735.36 | | | | | $735.36 |
| EAN Services, LLC dba Enterprise Rent A Car<br>Attn: Mry Bushyhead<br>14002 21st St, Suite 1500<br>Tulsa, OK 74134 | 64 | 12/10/2020 | TNT Crane & Rigging, Inc. | $368,107.00 | | | | | $368,107.00 |
| State of Alabama, Department of Revenue<br>Legal Division<br>P.O. Box 320001<br>Montgomery, AL 36132 | 65 | 1/21/2021 | TNT Crane & Rigging, Inc. | | $3,006.26 | | | | $3,006.26 |
| The County of Harrison, Texas, collecting property taxes for itself and for EMS#4<br>Tara LeDay<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | 66 | 1/26/2021 | TNT Crane & Rigging, Inc. | | | $24,769.00 | | | $24,769.00 |
| Midland Central Appraisal District, collecting property taxes for Midland Independent School Distric<br>Tara LeDay<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | 67 | 1/26/2021 | TNT Crane & Rigging, Inc. | | | $90,262.68 | | | $90,262.68 |
| The County of Guadalupe, Texas, collecting property taxes for Schertz-Cibolo-Universal City Independ<br>Tara LeDay<br>McCreary, Veselka, Bragg & Allen, P.C<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | 68 | 1/26/2021 | TNT Crane & Rigging, Inc. | | | $80,797.08 | | | $80,797.08 |

Final Claim Register
In re TNT Crane Rigging, Inc.
Case No. 20-11982

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Harrison Central Appraisal District, collecting property taxes for Marshall Independent School Distr<br>McCreary, Veselka, Bragg & Allen, P.C.<br>Tara LeDay<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | 69 | 1/26/2021 | TNT Crane & Rigging, Inc. | | | $68,419.74 | | | $68,419.74 |
| Yang, Lily<br>15 Perkins Square #8<br>Boston, MA 02130 | 70 | 1/31/2021 | TNT Crane & Rigging, Inc. | $0.00 | | | | | $0.00 |